# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

OLNEY PACKER,                        :
                                     :
        Petitioner,                  :
                                     :
vs.                                  :        CIVIL ACTION 14-0402-KD-M
                                     :
LEON FORNISS,                        :
                                     :
        Respondent.                  :


## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made (docs. 12, 13), the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be **DISMISSED** as time-barred.  It is further ORDERED that any certificate of appealability filed by Petitioner be **DENIED** as he is not entitled to appeal *in forma pauperis*.

DONE this 12th day of March 2015.


                                s/ Kristi K. DuBose
                                KRISTI K. DuBOSE
                                UNITED STATES DISTRICT JUDGE